JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN B. OBISPO, | )  Case No. CV 14-3774-SP |
| Plaintiff, | ) |
| | )  **JUDGMENT** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED:

    The decision of the Commissioner of the Social Security Administration denying benefits for the period April 11, 2002 through January 19, 2011 is **AFFIRMED**; and

    The decision of the Commissioner of the Social Security Administration terminating plaintiff's Supplemental Security Income ("SSI") benefits for the period beginning November 9, 2012 is **REVERSED**, and this matter

1   **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for reinstatement

2   of the award of SSI benefits to plaintiff for the period beginning November 9,

3   2012.

4

5   Dated: September 28, 2015

6   

7   _____
    SHERI PYM
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28